UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK L. RICHARDSON,<br>    Petitioner,<br>v.<br>CARLOS ARCE,<br>    Respondent. | Case No. 24-cv-08416-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner Patrick L. Richardson has not complied with my Order to file an amended complaint by August 1, 2025. Accordingly, this federal habeas action is DISMISSED (without prejudice) under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Because this dismissal is without prejudice, Richardson may file a motion to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by an amended petition on this Court's form.

The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 13, 2025

_____
WILLIAM H. ORRICK
United States District Judge